No. 02–9387. RICHARDSON v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 02–9394. MILLER v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 02–9431. TYSON v. ARMSTRONG, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION. Sup. Ct. Conn. Certiorari denied.

No. 02–9455. ARMSTEADE v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. (two judgments). C. A. 3d Cir. Certiorari denied.

No. 02–9457. JACOBS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–9467. PRECIADO OCHOA v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–9502. HOLGERSON v. KNOWLES, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–9529. JONES v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–9549. CEDILLO-AGUIRRE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9550. DOUGLAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9561. PARKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9562. POLLACK v. FEDERAL BUREAU OF INVESTIGATION. C. A. 4th Cir. Certiorari denied.

No. 02–9565. PISTOLE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9566. BAHENA-LAGUNAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.